Seth M. Sproul (SBN 217711)
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste 400
San Diego, CA 92130
Tel: (858) 678-4343 / Fax: (858) 678-5099
sproul@fr.com

John S. Goetz (Admitted *pro hac vice*)
Alexander Mazza (Admitted *pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070 / Fax: (212) 258-2291
goetz@fr.com
mazza@fr.com

Susmitha Sayana (Admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Ave
17th Floor
Wilmington, DE 19801
Tel: (302) 778-8417 / Fax: (302) 652-0607
sayana@fr.com

*Attorneys for Petitioner Sckipio Technologies S.I. Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. § 1782 of Sckipio Technologies S.I. Ltd., <br><br> PETITIONER, <br><br> - To take the discovery of - <br><br> Nokia Technologies Oy, <br><br> RESPONDENT. | Case No. 5:24-mc-80168-EJD <br><br> **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; PROPOSED ORDER** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1),
2  Petitioner Sckipio Technologies S.I. Ltd. ("Sckipio") voluntarily dismisses, without prejudice, the
3  above-entitled action against Respondent Nokia Technologies Oy ("Nokia").  This Notice of
4  Dismissal is being filed with the Court after the service by the Respondent of its response to
5  Sckipio's Application and Supporting Memorandum for an Order Directing Nokia Technologies
6  Oy To Respond To Discovery Requests Pursuant To 28 U.S.C. § 1782 For Use In A Foreign
7  Proceeding.

|   |   |
|---|---|
|   | Respectfully submitted, |
| August 15, 2024 | By: /s/ *John S. Goetz* |
|   | Seth M. Sproul (SBN 217711) |
|   | FISH & RICHARDSON P.C. |
|   | 12860 El Camino Real |
|   | Ste 400 |
|   | San Diego, CA 92130 |
|   | Tel: (858) 678-4343 / Fax: (858) 678-5099 |
|   | sproul@fr.com |
|   |   |
|   | John S. Goetz (Admitted *pro hac vice*) |
|   | Alexander Mazza (Admitted *pro hac vice*) |
|   | FISH & RICHARDSON P.C. |
|   | 7 Times Square |
|   | 20th Floor |
|   | New York, NY 10036 |
|   | Tel: (212) 765-5070 / Fax: (212) 258-2291 |
|   | goetz@fr.com |
|   | mazza@fr.com |
|   |   |
|   | Susmitha Sayana (Admitted *pro hac vice*) |
|   | FISH & RICHARDSON P.C. |
|   | 222 Delaware Ave |
|   | 17th Floor |
|   | Wilmington, DE 19801 |
|   | Tel: (302) 778-8417 / Fax: (302) 652-0607 |
|   | sayana@fr.com |
|   |   |
|   | *Attorneys for Petitioner* |
|   | *Sckipio Technologies S.I. Ltd.* |

## [PROPOSED] ORDER

Based upon the foregoing notice of voluntary dismissal, the instant action is hereby DISMISSED.

Date: _____

EDWARD J. DAVILA
United States District Judge